UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2022 MAY 17 PM 12: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| MARK SAUNDERS,<br><br>                Plaintiff,<br><br>v.<br><br>ROSALIND PICARD, et al.,<br><br>                Defendants. | Civil Action No. 1:21-cv-11240-AK |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO SHOW CAUSE ORDER

Comes now Mark Saunders, Plaintiff Pro Se, hereby moves for an enlargement of time in which to respond to the Court's Show Cause Order for the following reasons:

1. Plaintiff is appearing Pro Se and relies solely on his own research to see this matter through.

2. Plaintiff has expended and must continue to expend considerable time educating himself in both matters of law and civil procedure, as he has no legal training and no access to any law libraries. Plaintiff relies solely on Google searches to educate himself in these matters.

3. Plaintiff is seeking to receive clarification regarding copyright protection with regard to the document he authored, which was granted protection by the United States Copyright Office prior to the commencement of this action. As the continuance of this matter is dependent on Plaintiff's understanding of copyright law, considerable effort is being expended to ensure full knowledge of said protection under the law.

4. Plaintiff does not have access to the Case Management/Electronic Case Filing (CM/ECF) system, and must make his filings in person at the John Joseph Moakley Courthouse. Ambulation is extremely difficult due to Plaintiff being handicapped and in addition, to a fall Plaintiff suffered on December 15, 2021, for which he is currently being treated. These treatments include MRI, probable CAT scan, orthopedic evaluations, spinal surgery evaluations, physical therapy, and pain management (to include spinal injections).

5. Plaintiff is being treated for a new spinal fracture, modal disk changes, herniated disks, Pars defect, Spondylolisthesis, foraminal stenosis, and severe sciatica, among other conditions. Patient is also being evaluated and treated for a painful and destabilizing injury to his left knee due to his recent fall.

6. Plaintiff is being evaluated and treated by a number of physicians aligned with Beth Israel Deaconess Hospital.

7. Plaintiff is willing to release any medical records this Court deems appropriate to verify his current medical condition.

8. Plaintiff recently contacted Docket Clerk Arnold Pacho to receive clarification of the Order and as to whether he needed to file only an Amended Complaint or in addition, any other document(s) that may be required to satisfy the order. Clerk Pacho was most helpful and suggested that Plaintiff may want to file for an enlargement of time to allow himself to become better acquainted with filing a Response to the Show Cause Order and an Amended Complaint.

9. Defendants named in this action have yet to be served and thus, will not be prejudiced in any way by a thirty day enlargement of time in which to respond.

WHEREFORE, Plaintiff prays that this Court enter an Order enlarging the time in which Mark Saunders, Plaintiff pro se, has time to respond to the Court's Show Cause Order of April 12, 2022.

Dated this 17th day of May, 2022

Respectfully submitted,

*/s/ Mark Saunders*

Mark Saunders
28 Cushman Street
Watertown, Massachusetts 02472-3704
617-905-7454