UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2022 NOV -8 PM 4: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark Saunders,
          Plaintiff,

v.

Rosalind Picard, Ann MacKay,
Kristen Luken, Roger Mark,
Thomas DuVol, Harold Jones,
Garrett Smith, Daniel Romaine,
Anders Brownworth, Carmen Aldinger,
Doris Kellom, Beatrice Yankey and the
Newton Covenant Church
          Defendants.

Civil Action No. 1:21-cv-11240-AK

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME FOR SERVICE

I, Mark Saunders, pro se Plaintiff in the foregoing matter, state the following under the pains and penalties of perjury:

1. I am an ordained ruling elder at Newton Presbyterian Church. I have served two three-year terms on the session (2010-2012 and 2018-2020), which is the leadership team of the church and makes all decisions regarding church matters. I have chaired several other committees at the church, including Stewardship, Property, Finance, Nominating, Fund Distribution, Landscape, Building Projects, and Concerned Congregants. I was the acting Church Administrator and Facilities Manager in 2018.

2. I serve as the liturgist on a regular basis, and have been called upon often to lead worship when guest pastors have been invited to give the sermon.

3. I have often been selected to be the commissioned elder to represent the church at meetings of its higher body, the Presbytery of Boston. Commissioned elders vote on higher church matters at these meetings, including constitutional amendments.

4. I am intimately familiar with the matters surrounding this case and all of the events leading to the church schism which occurred in the 2016/17 timeframe, which led to the dismissal of the 2016 session that had planned to break away from the Presbyterian Church (USA) denomination, and the subsequent lawsuit (Newton Presbyterian Church, et al. v. Smith, et al.)

5. Plaintiff's Complaint stems directly from actions taken by the former session that had been dismissed by the Presbytery of Boston Administrative Commission and their takeover of the funds and property of Newton Presbyterian Church.

6. Plaintiff received an ORDER from the COURT directing him to serve Defendants within 90 days of the issuance of the summonses. The summonses were issued on August 10, 2022.

7. Plaintiff received a package from the District Court Clerk regarding service by the U.S. Marshals Servoce (USMS) with summonses for all named Defendants and information concerning service package preparation.

8. Plaintiff received an insufficient number of USMS forms 285 , as only 12 forms were included for 13 named Defendants.

9. Service on Defendants is currently to be completed by November 8, 2022.

10. Several intervening factors have severely hampered Plaintiff's efforts to complete the packages for service by the USMS.

11. The requested extension is sixty (60) days.

12. The extension is necessary, for the reasons set forth in the foregoing motion.

13. Plaintiff has exercised due diligence under adverse circumstances to locate all thirteen defendants while having no attorney, no transportation, and insufficient financial means to remedy these factors.

14. All service packages have now been delivered to the U.S. Marshals' office.

15. I ask for this extension out of an abundance of caution, as I am unaware of the timeframe for service by the U.S. Marshals, and believe that as such, it is a reasonable request.

Respectfully submitted,

Mark Saunders
28 Cushman Street
Watertown, Massachusetts  02472-3704
617-905-7454

DATE: 11-8-22