# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARK SAUNDERS | 21-CV-11240-AK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ROSALIND PICARD, et al. | COMPLAINT & SUMMONS |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ANDERS BROWNWORTH

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3 WINDEMERE RD WELLESLEY HILLS, MA 02481

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MARK SAUNDERS
28 CUSHMAN ST
WATERTOWN, MA 02472-3704

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

WORKS AT THE FEDERAL RESERVE BANK
CAMBRIDGE, MA

617-326-8326

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 617-905-7454
DATE: 10-24-22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 12/7/2022
Time: 3:05 pm
Signature of U.S. Marshal or Deputy: DUSM #3339

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | 25 mile | | | | | |

REMARKS: - served in hand on 12/7/2022 - DUSM Bianchi

Civil Action No.: 1:21-CV-11240-AK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) ~~Sean Bianchi-Dunn~~ SB Anders Brawnworth

was received by me on (date) _____.

☑ I personally served the summons on the individual at (place) 3 Windemere Rd Wellesley, MA Anders Brawnworth on (date) 12/7/2022 ; or at 3:05 pm

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

12/7/2022
Date

Server's Signature

Sean Bianchi Dunn #3339
Printed name and title

USMS D/MA 1 Courthouse Way Suite 1-500
Server's Address
Boston, MA

Additional information regarding attempted service, etc: