# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | MARK SAUNDERS |
| DEFENDANT | ROSALIND PICARD, et al. |
| COURT CASE NUMBER | 21-CV-11240-AK |
| TYPE OF PROCESS | COMPLAINT & SUMMONS |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

NEWTON COVENANT CHURCH

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

959 WATERTOWN ST NEWTON, MA 02465

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MARK SAUNDERS
28 CUSHMAN ST
WATERTOWN, MA 02472

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED IN CLERK'S OFFICE DATE 12/13/2022

2022 DEC 13 PM 3: [?] U.S. DISTRICT COURT DISTRICT OF MASS. FILED IN CLERKS OFFICE

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 617-905-7454
DATE: 11-8-22

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

2022 NOV -8 PM 5:17 U.S. MARSHALS SERVICE

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above): Kimberly MacLeod / Office Manager

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 12/5/22  Time: 13:50 pm

Signature of U.S. Marshal or Deputy: JL

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 65 | 13.75 | — | 78.75 | | |

**REMARKS:** 1 DUSM, 1 hour, 22 miles Served. Talked on phone with office manager, they verbally confirmed are closed Mondays. DUSM left it securely @ office for pick up Tuesday

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)