# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

Case 1:21-cv-11240-AK   Document 28   Filed 12/14/22   Page 1 of 2

| | |
|---|---|
| **PLAINTIFF** MARK SAUNDERS | **COURT CASE NUMBER** 21-cv-11240-AK |
| **DEFENDANT** ROSALIND PICARD, et al. | **TYPE OF PROCESS** COMPLAINT & SUMMONS |

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DANIEL ROMAINE
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6 PARKER CT   NATICK, MA 01760

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
MARK SAUNDERS
28 CUSHMAN ST
WATERTOWN, MA 02472-3704

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 13
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

(C) 603-498-1112
(H) 603-664-5867
WORKS AT AMD
90 CENTRAL ST, FLOORS 1, 2 & 3
BOXBOROUGH, MA 01719    978-795-2500

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER** 617-905-7454
**DATE** 10-24-22

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

**Date of Service** 12/7/22   **Time** 4:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) 25 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**
1 endeavor
12/7/22 - individual no longer resides at 6 Parker Ct Natick, MA address
- called cell # left message no return call
4pm - DUSM Bianchi

**PRIOR EDITIONS MAY BE USED**    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

Civil Action No.: 1:21-CV-11240-AK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Daniel Romaine__

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____
_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date)_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____, who is
designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date)_____ ; or

☑ I returned the summons unexecuted because __individual determined not residing at address - 6 Parker Ct - Natick, MA__ ; or

☐ Other (specify) : __1 endeavor 25 miles__

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

12/7/2022
Date

Server's Signature

Sean Bianchi - DUSM #3335
Printed name and title

1 Courthouse Way Suite 1500
Server's Address
Boston, MA
02210

Additional information regarding attempted service, etc: