FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

2023 FEB 24  PM 1: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Mark Saunders,<br>                Plaintiff,<br><br>v.<br><br>Rosalind Picard, Ann MacKay,<br>Kristen Lucken, Roger Mark,<br>Thomas DuVol, Harold Jones,<br>Garrett Smith, Daniel Romaine,<br>Anders Brownworth, Carmen Aldinger,<br>Doris Kellom, Beatrice Yankey and the<br>Newton Covenant Church<br>                Defendants. | Civil Action No. 1:21-cv-11240-AK |

## PLAINTIFF'S FILING OF DEFENDANT'S WAIVERS OF SERVICE

COMES NOW the Plaintiff, appearing pro se, hereby files Waivers of Service for those defendants for which the U.S. Marshal's Service (USMS) has not provided service in the above captioned matter.

1. Please see attached waivers of service for defendants Roger Mark, Daniel Romaine, and Garrett Smith.

2. All defendants in this matter have either been served by the USMS or have waived service.

Respectfully submitted,

*[signature]*

Mark P. Saunders
28 Cushman Street
Watertown, Massachusetts 02472-3704
617-905-7454

Dated: 2-24-23

## CERTIFICATE OF SERVICE

I certify that on February 24, 2023, I caused a true and correct copy of this document to be served via U.S. Mail to the following:

Zack Kleinsasser - Counsel of record for Defendants
Greenberg Traurig, LLP
One International Place  Suite 2000
Boston, MA 02110

Mark Saunders